IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:07CV19

| | |
|---|---|
| ROSS W. ADAMS, SR., )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>UNITED STATES FOREST SERVICE; )<br>NANCY ADAMS, Trustee for Mattie )<br>Adams, and JUDY CLARK, )<br>)<br>Defendants. )<br>) | O R D E R |

**THIS MATTER** is before the Court on motion of Defendants Nancy Adams, Trustee for Mattie Adams, and Judy Clark to dismiss the complaint herein pursuant to Fed. R. Civ. P. 12(b)(1).

In accordance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), Plaintiff, who is proceeding *pro se*, is cautioned that he carries a heavy burden in responding to a motion to dismiss for lack of subject matter jurisdiction. The Defendants argue that this Court has no subject matter jurisdiction over this dispute because it involves private land belonging to the Defendants and their refusal to permit Plaintiff to cross

their land in order to access his property. In responding to the motion, Plaintiff must show that he has made such allegations or that he could make such allegations in an amended complaint that would defeat the jurisdictional question raised by Defendants.

Plaintiff is advised that failure to respond to the Defendants' motion will result in it being summarily granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff is allowed fifteen (15) days from entry of this Order in which to respond to Defendants' motion to dismiss.

Signed: October 29, 2007

Lacy H. Thornburg
United States District Judge