# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL NO. 2:07CV19

| | |
|---|---|
| ROSS W. ADAMS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) **O R D E R** |
| | ) |
| UNITED STATES FOREST SERVICE; | ) |
| NANCY ADAMS, Trustee for Mattie | ) |
| Adams, and JUDY CLARK, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER** is before the Court on the Plaintiff's motion for summary judgment filed November 29, 2007.

After review of the Plaintiff's motion, the Court finds it to be completely without merit.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for summary judgment is hereby **DENIED**.

Signed: November 30, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge